# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOEL LESHER,<br>　　Plaintiff<br><br>　　V.<br><br>OFFICER DUSTIN SWEITZER;<br>OFFICER JEFFREY LANDER;<br>KATELIN WRIGHT; and BRIANNA<br>CULP,<br>　　Defendants | :<br>:<br>:　CIVIL ACTION NO: 22-CV-0106<br>:<br>:<br>:<br>:　(Magistrate Judge Schwab)<br>:<br>:　ELECTRONICALLY FILED<br>:<br>:<br>: |

## STIPULATION OF DISMISSAL

Plaintiff, Joel Lesher, and Defendants, Officer Sweitzer, Office Lander, Katelin Wright, and Brianna Culp, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, stipulate that this action be dismissed with prejudice as to all claims, causes of action, and parties.

Respectfully submitted,

/s/ Scott Stedjan
Scott Stedjan, Esq.
PA ID: 318851
/s/ Robert J. Daniels
Robert J. Daniels, Esq.
PA ID: 83376
KILLIAN & GEPHART, LLP
218 Pine Street
Harrisburg, PA 17101
sstedjan@killiangephart.com
rdaniels@killiangephart.com
*Counsel for Plaintiff*

John R. Ninosky, Esq.
PA ID 78000
Marshall Dennehey Warner Coleman & Goggin
100 Corporate Center Drive, Ste 201
Camp Hill, PA 17011
jrninosky@mdwcg.com
*Counsel for Defendant Wright & Culp*

*Frank Lavery, Jr., Esq.*
PA ID: 42370

Murray J. Weed, Esq.
PA ID: 329717
Lavery Law
225 Market Street, Ste 304
Harrisburg, PA 17108
flavery@laverylaw.com
mweed@laverylaw.com
*Counsel for Defendants Lander & Sweitzer*


Dated:  February 6, 2023

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOEL LESHER,<br>    Plaintiff | : |
| | :   CIVIL ACTION NO: 22-CV-0106 |
| V. | : |
| | : |
| OFFICER DUSTIN SWEITZER;<br>OFFICER JEFFREY LANDER;<br>KATELIN WRIGHT; and BRIANNA CULP,<br>    Defendants | :   (Magistrate Judge Schwab)<br>:<br>:   ELECTRONICALLY FILED |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document has been served on the following by the Court's ECF filing system:

John R. Ninosky, Esq.
Marshall Dennehey Warner Coleman & Goggin
100 Corporate Center Drive, Ste 201
Camp Hill, PA 17011
*Counsel for Defendant Culp
and Defendant Wright*

Frank J. Lavery, Esq.
Murray J. Weed, Esq.
Lavery Law
225 Market Street, Ste 304
Harrisburg, PA 17108
*Counsel for Defendants Sweitzer & Lander*

Dated: February 6, 2023

/s/ Scott Stedjan
Scott Stedjan, Esq.
KILLIAN & GEPHART, LLP
218 Pine Street
Harrisburg, PA 17101
*Counsel for Plaintiff*